## Commonwealth v. Bankston, Appellant.

Submitted November 14, 1966. *John J. Cohen,* for appellant; *Charles B. Watkins* and *Edwin J. Martin,* As-

sistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.